# CIRCUIT COURT OF THE CITY OF CHARLOTTESVILLE

Patricia E. McDonald et al.

v.

Brian C. Hoard et al.

June 26, 1999

Case No. (Law) 98-152

BY JUDGE EDWARD L. HOGSHIRE

On the matter of defendant Desiree Bagheri, D.D.S.'s Special Plea of Sovereign Immunity, it is hereby ordered that the Court's April 8, 1999, Opinion Letter is hereby vacated and that the Court shall defer ruling upon said Special Plea of Sovereign Immunity pending the submission and consideration of additional evidence.